246 April 24, 2024 No. 266

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

JULIO CESAR SOLORIO,
*Defendant-Appellant.*

Douglas County Circuit Court
22CR36078; A180933

George William Ambrosini, Judge.

Submitted March 8, 2024.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Peter G. Klym, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Jennifer S. Lloyd, Assistant Attorney General, waived appearance for respondent.

Before Lagesen, C. J., and Egan, J.

LAGESEN, C. J.

Affirmed.

**LAGESEN, C. J.**

Defendant appeals from a judgment of probation violation. His appointed counsel filed a brief pursuant to ORAP 5.90 and *State v. Balfour*, 311 Or 434, 814 P2d 1069 (1991). The brief does not contain a Section B. *See* ORAP 5.90(1)(b). We affirm.[1]

In July 2022, based on conduct involving a minor, defendant pleaded no contest to coercion, ORS 163.275, and third-degree sexual abuse, ORS 163.415. The trial court imposed a stipulated sentence of 36 months of probation. In December 2022, defendant's probation officer alleged that defendant violated the terms of his probation. After a hearing, the trial court found that the state carried its burden regarding three of the four allegations of probation violations. The trial court continued probation, sentenced defendant to serve 30 days in custody, and added new conditions of probation.

Having reviewed the record, including the trial court file and the transcript of the hearings, and having reviewed the *Balfour* brief, and taking into account our statutorily circumscribed authority to review, *see* ORS 138.105, we have identified no arguably meritorious issues.

Affirmed.

---

[1] As authorized by ORS 2.570(2)(b), this matter is determined by a two-judge panel. *See, e.g.*, *State v. Yother*, 310 Or App 563, 484 P3d 1098 (2021) (deciding matter submitted through *Balfour* process by two-judge panel); *Ballinger v. Nooth*, 254 Or App 402, 295 P3d 115 (2012), *rev den*, 353 Or 747 (2013) (same).